JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED ANKAMAH, et al., | NO. CV 16-6463 FMO (Ex) |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| SUSAN CURDA, et al., | |
| Defendants. | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated this 29th day of November, 2016.

/s/
Fernando M. Olguin
United States District Judge